# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

DESHANAE L. BROWN

Write the full name of each plaintiff or petitioner.

Case No. 23 CV 9113 (ER)

-against-

FRANK AGBI
LAURI MOORE

Write the full name of each defendant or respondent.

**MEMO ENDORSED**

The application is ___ granted
                   X denied

*[signature]*
Edgardo Ramos, U.S.D.J
Dated: February 24, 2025
New York, New York

PLEASE TAKE NOTICE that **Plaintiff** **DESHANAE BROWN**
                         plaintiff or defendant    name of party who is making the motion

requests that the Court: **ISSUE DEFAULT JUDGEMENT IN FAVOR OF PLAINTIFF. IN MOTION REQUESTS I SUBMITTED TO YOUR HONOR TO PREVENT NUMEROUS EXTENSIONS REQUESTED**

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

**See Attachments 1-8**

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law
☑ my own declaration, affirmation, or affidavit
☐ the following additional documents:

Dated: 2/21/25

Signature: *[signature]*

Name: DESHANAE L BROWN
Address: 351 BROAD STR APT 1401B  NEWARK  NJ  07104
Telephone Number: 201-674-3155
E-mail Address: POSHSTACKBUNDLES@gmail