UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESHANAE L. BROWN,

                    Plaintiff,

        -against-

NEW YORK CITY HUMAN RESOURCES
ADMINISTRATION, MOUSTAPHA BOU-
KARI, FRANK AGBI, ASRA HORTON,
LAURIE MOORE, *and* CANDI RUFUS,

                    Defendants.

**ORDER**

23-cv-09113 (ER)

On March 31, 2026, the Court issued an Opinion granting the City's motion to dismiss in part.  Doc. 76.  On April 21, 2026, Brown filed an "opposition" to the Opinion.  Doc. 77.  The Court construes the opposition as a motion for reconsideration and notes that it was not timely filed.  But, in deference to Brown's *pro se* status and the short delay between the required deadline and Brown's filing date, the Court will consider the motion on the merits.  The City is directed to respond to the motion by May 14, 2026.

        SO ORDERED.

Dated:    April 24, 2026
          New York, New York

                                                    _____
                                                    Edgardo Ramos, U.S.D.J.