**MEMO ENDORSED**
Endorsement on the next page.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE

2026 MAY 21   AM 11: 02

DESHANAE BROWN

Write the full name of each plaintiff or petitioner.

-against-

HUMAN RESOURCES ADMIN
AND CO-Defendants.

Write the full name of each defendant or respondent.

Case No. 23 CV 09113 (ER)

NOTICE OF MOTION

PLEASE TAKE NOTICE that  PLAINTIFF  DESHANAE BROWN
                         plaintiff or defendant   name of party who is making the motion

requests that the Court:

Process my Request to Serve
Interrogatories To 14 Co-defendants.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☐ my own declaration, affirmation, or affidavit

☑ the following additional documents:

23cv9113

Please See Attached
42 pages

5/21/26
Dated

DESHANAE BROWN
Name

351 Broad St.
Address

Signature

Prison Identification # (if incarcerated)

Newark   NJ   07104
City          State      Zip Code

Telephone Number (if available)

POSH STACK BUNDLES @ gmail.
E-mail Address (if available)

SDNY Rev: 5/24/2016

## CHAN Interrogatories:

1) Is inflammation likely to occur from rotator cuff tears?

2) Can inflammation become more intense when a torn rotator cuff is repeatedly being adjusted in any direction?

3) Do shoulder orthopedic and hand orthopedic doctors have at least roughly 30% knowledge to assess both body parts? In other words, does a shoulder orthopedic doctor's training and knowledge encompass the ability to understand injuries detailed in medical reports regarding carpal tunnel, muscle loss and nerve damage in the hands?

4) Can tears in rotator cuff along with muscle loss and nerve damage cause inflammation to the thoracic chest, thoracic back and neck?

5) Can inflammation in hands/ wrists trigger inflammation in shoulders and vice versa?

6) Are doctors required to answer patient's questions to address the patient's concern or to just provide any answer?

7) What mitigating action(s) must be taken if the patient insists the doctor is not answering their medical inquiries for the patient to understand how their injuries impact daily life and what actions/ activities agitate or reduce adverse symptoms?

8) If prior authorization for specialist services was denied by insurance and insurance request the physician provide missing information, is the physician required to make the patient privy of what's specifically missing to fulfill the requirement or simply provide the patient with insurance denial report?

To the extent that Brown is requesting the Court to serve the interrogatories, the request is denied. Interrogatories shall be served directly between the parties. Please refer to the *Discovery Guide for Pro Se Litigants* for the relevant rules. https://nysd.uscourts.gov/sites/default/files/2018-06/discoveryguide.pdf.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: May 26, 2026
New York, New York

9) When a patient insists their pains limit their ability to work and request doctor's letter informing their employer of those limitations; is it the doctor or patient's responsibility to fully assess the pains and approve or deny providing the doctor's letter?

10) Are doctors required to consider the impact pains/ injuries have on the patient's sustainability such as earning income/ the ability to work?

11) Would you advise a patient who is experiencing extensive pains and inflammation due to rotator cuff tears, muscle loss and nerve damage to continue physical therapy despite the patient insisting the procedures therapists are using is consistently and extensively causing increased unbearable pains and inflammation that remains constant for more than 6 months or permanently?

12) Is it possible for someone with carpal tunnel and wrist inflammation to experience worse pains from 5 minutes detailed repetitive movement such as writing versus more subtle pains from a total of 20 minutes making a bed then cooking with no break in between?

13) Is it possible for rotator cuff tears, muscle loss and nerve damage to snowball, placing increased weight on shoulders, which places weight on chest, which places weight on hips, which places weight on knees?

14) Are doctors required to provide patients under their evaluation with medical advice to relieve pain/ symptoms during each visit or is it only the responsibility of other doctors (i.e. specialists) and physical therapists the evaluating doctor refers patients to?

15) Are doctors required to ask questions to understand patient's condition during every visit, or it's only the patient's responsibility to provide information they surmise the doctor may need to hear?

16) Are doctors required to explain results of medical tests to patients or simply mention a one sentence summary of the entire medical report?

17) Is it appropriate for the main doctor evaluating a patient to use referrals to answer patient questions despite patient constantly asking the same main doctor for clarity and explanations to the same questions that main doctor is avoiding? (what activities worsen or relieves symptoms and how injuries impact other injuries)

18) Can 2 or more MRI tests over a 3 month period exasperate pains and inflammation for the long-term or permanently?

19) Can bone spurs cause direct agitation and inflammation around muscles, nerves and any other injury near the bone spurs?

20) Is it likely for 2 patients to have the same exact rotator cuff injury, per test results?

21) Is it possible for 2 patients with the same rotator cuff injury to have drastically different levels of pain and inflammation?

22) Can cross body stretches performed by a person with rotator cuff tears, muscle loss and nerve damage cause new injuries even when done correctly?

23) Can muscle loss and nerve damage cause burning sensation and increased inflammation over the entire body when close to certain electronics, such as computers/ laptops and cell phones?

24) Is it likely that shoulder injuries can cascade to create neck injuries which can impact TMJ injury with every movement of the shoulder or neck, thereby causing increased pain and inflammation to the entire TMJ area?

25) Can muscle loss and nerve damage in hands and arms cause permanent limitations on using hands and arms despite improvements in reducing related pains and inflammations?

## ASHRAF Interrogatories:

1) Can inflammation become more intense when a torn rotator cuff is repeatedly being adjusted in any direction?

2) Do shoulder orthopedic and hand orthopedic doctors have at least roughly 30% knowledge to assess both body parts? In other words, does a shoulder orthopedic doctor's training and knowledge encompass the ability to understand injuries detailed in medical reports regarding carpal tunnel, muscle loss and nerve damage in the hands?

3) Can tears in rotator cuff along with muscle loss and nerve damage cause inflammation to the thoracic chest, thoracic back and neck?

4) Can inflammation in hands/ wrists trigger inflammation in shoulders and vice versa?

5) Are doctors required to answer patient's questions to address the patient's concern or to just provide any answer?

6) What mitigating action(s) must be taken if the patient insists the doctor is not answering their medical inquiries for the patient to understand how their injuries impact daily life and what actions/ activities agitate or reduce adverse symptoms?

7) If prior authorization for specialist services was denied by insurance and insurance request the physician provide missing information, is the physician required to make the patient privy of what's specifically missing to fulfill the requirement or simply provide the patient with insurance denial report?

8) When a patient insists their pains limit their ability to work and request doctor's letter informing their employer of those limitations; is it the doctor or patient's responsibility to fully assess the pains and approve or deny providing the doctor's letter?

9) Are doctors required to consider the impact pains/ injuries have on the patient's sustainability such as earning income/ the ability to work?

10) Would you advise a patient who is experiencing extensive pains and inflammation due to rotator cuff tears, muscle loss and nerve damage to continue physical therapy despite the patient insisting the procedures therapists are using is consistently and extensively causing increased unbearable pains and inflammation that remains constant for more than 6 months or permanently?

11) Is it possible for someone with carpal tunnel and wrist inflammation to experience worse pains from 5 minutes detailed repetitive movement such as writing versus more subtle pains from a total of 20 minutes making a bed then cooking with no break in between?

12) Is it possible for rotator cuff tears, muscle loss and nerve damage to snowball, placing increased weight on shoulders, which places weight on chest, which places weight on hips, which places weight on knees?

13) Are doctors required to provide patients under their evaluation with medical advice to relieve pain/ symptoms during each visit or is it only the responsibility of other doctors (i.e. specialists) and physical therapists the evaluating doctor refers patients to?

14) Are doctors required to ask questions to understand patient's condition during every visit, or it's only the patient's responsibility to provide information they surmise the doctor may need to hear?

15) Are doctors required to explain results of medical tests to patients or simply mention a one sentence summary of the entire medical report?

16) Is it appropriate for the main doctor evaluating a patient to use referrals to answer patient questions despite patient constantly asking the same main doctor for clarity and explanations to the same questions that main doctor is avoiding? (what activities worsen or relieves symptoms and how injuries impact other injuries)

17) Can 2 or more MRI tests over a 3 month period exasperate pains and inflammation for the long-term or permanently?

18) Can an EMG test exasperate pains and inflammation for the long-term or permanently?

19) Can bone spurs cause direct agitation and inflammation around muscles, nerves and any other injury near the bone spurs?

20) Is it likely for 2 patients to have the same exact rotator cuff injury, per test results?

21) Is it possible for 2 patients with the same rotator cuff injury to have drastically different levels of pain and inflammation?

22) Can cross body stretches performed by a person with rotator cuff tears, muscle loss and nerve damage cause new injuries even when done correctly?

23) Can muscle loss and nerve damage cause burning sensation and increased inflammation over the entire body when close to certain electronics, such as computers/ laptops and cell phones?

24) If a person with carpal tunnel in hands and arms, muscle loss and nerve damage use their hands for repetitive work such as writing or clicking a mouse, can that activity cause inflammation to their eyes?

25) Can muscle loss and nerve damage in hands and arms cause permanent limitations on using hands and arms despite improvements in reducing related pains and inflammations?

## SCHOTTENSTEIN Interrogatories:

1) Can inflammation become more intense when limbs with muscle loss and nerve damage are repeatedly being adjusted in any direction?

2) Can wrists with carpal tunnel, muscle loss and nerve damage experience intense inflammation?

3) Can inflammation in hands/ wrists trigger inflammation in shoulders and vice versa?

4) Are doctors required to answer patient's questions to address the patient's concern or to just provide any answer?

5) What mitigating action(s) must be taken if the patient insists the doctor is not answering their medical inquiries for the patient to understand how their injuries impact daily life and what actions/ activities agitate or reduce adverse symptoms?

6) If prior authorization for specialist services was denied by insurance and insurance request the physician provide missing information, is the physician required to make the patient privy of what's specifically missing to fulfill the requirement or simply provide the patient with insurance denial report?

7) When a patient insists their pain limits their ability to work and request doctor's letter informing their employer of those limitations; is it the doctor or patient's responsibility to fully assess the pains and approve or deny providing the doctor's letter?

8) Are doctors required to consider the impact pains/ injuries have on the patient's sustainability such as earning income/ the ability to work?

9) Would you advise a patient who is experiencing extensive pains and inflammation due to rotator cuff tears, muscle loss and nerve damage to continue physical therapy despite the patient

insisting the procedures therapists are using is consistently and extensively causing increased unbearable pains and inflammation that remains constant for more than 6 months or permanently?

10) Is it possible for someone with carpal tunnel and wrist inflammation to experience worse pains from 5 minutes detailed repetitive movement such as writing versus more subtle pains from a total of 20 minutes making a bed then cooking with no break in between?

11) Is it possible for rotator cuff tears, muscle loss and nerve damage to snowball, placing increased weight on shoulders, which places weight on chest, which places weight on hips, which places weight on knees?

12) Are doctors required to provide patients under their evaluation with medical advice to relieve pain/ symptoms during each visit or is it only the responsibility of other doctors (i.e. specialists) and physical therapists the evaluating doctor refers patients to?

13) Are doctors required to ask questions to understand patient's condition during every visit, or it's only the patient's responsibility to provide information they surmise the doctor may need to hear?

14) Are doctors required to explain results of medical tests to patients or simply mention a one sentence summary of the entire medical report?

15) Is it appropriate for the main doctor evaluating a patient to use referrals to answer patient questions despite patient constantly asking the same main doctor for clarity and explanations to the same questions that main doctor is avoiding? (what activities worsen or relieves symptoms and how injuries impact other injuries)

16) Can 2 or more MRI tests over a 3 month period exasperate pains and inflammation for the long-term or permanently?

17) Schottenstein, can an EMG test exasperate pains and inflammation for the long-term or permanently?

18) Can bone spurs cause direct agitation and inflammation around muscles, nerves and any other injury near the bone spurs?

19) Is it likely for 2 patients to have the same exact muscle loss and nerve damage injuries, per test results?

20) Can muscle loss and nerve damage cause burning sensation and increased inflammation over the entire body when close to certain electronics, such as computers/ laptops and cell phones?

21) Schottenstein, is it likely that TMJ can cause piercing pains and inflammation to the skull?

22) Is it likely that shoulder injuries can cascade to create neck injuries which can impact TMJ injury with every movement of the shoulder or neck, thereby causing increased pain and inflammation to the entire TMJ area?

23) Schottenstein, can TMJ cause permanent limitations on using the mouth for daily activities such as talking, eating and yawning?

24) If a person with carpal tunnel in hands and arms, muscle loss and nerve damage use their hands for repetitive work such as writing or clicking a mouse, can that activity cause inflammation to their eyes?

25) Can muscle loss and nerve damage in hands and arms cause permanent limitations on using hands and arms despite improvements in reducing related pains and inflammations?

23-CV-09113-ER    1

## **AGBI Interrogatories**

1)  What is Diane Perez professional title at Rider job center and Center 80 from 2021 – 2023?

2) Where was Diane Perez office located from 2021 – 2023?

3) What is Adrianna Liriano personal and professional relation to Diane Perez from 2021 - 2023?

4) Is it possible for a manager at HRA to dislike an employee, choose to micromanage that employee in order to harass and cause oppression (i.e. conflicts) to that employee?

5) Is it appropriate or inappropriate for managers to reprimand employees publicly Infront of staff and/ or clients, including using mass emails to do so?

6) Are managers/ directors at HRA required to address constant hostilities at work by first arranging a meeting that will include all parties involved, relocating a staff member to a different office if issues do not resolve and/ or terminating an employee if issues do not resolve?

7) Are there any surveillance cameras hidden or not hidden on the 1st, 2nd, 3rd or 4th floors at Rider Job Center between 2021 and 2022?

8) When there are issues with air quality or building HVAC issues, are staff required to contact someone outside their office to address the issue or request their in-office manager to fix the issue?

9) If we agree it's the employer's/ HRA responsibility to ensure their staff are protected from any harm arising from that work environment, does it stand to reason that if an employee informs their manager of issues arising from the work environment, the manager would take some form of action to observe how an employee's ability to work and/ or how their health is impacted by said issues?

10) If a staff member constantly informs their manager of a health issue placing a strain on their ability to work, does HRA staff management regulations require the manager to take some form of action to modify the worker's responsibilities or request staff provide medical documentation in order for the job to accommodate the impact health is having on the job?

11) Is it HRA policy for management/ directors to address every staff complaint and concern or do managers have the liberty to choose which staff complaints to address?

12) Is it HRA policy for management to address every client complaint or do managers have the liberty to choose which client complaints to address?

13) If staff complaints are similar in nature, is it HRA policy for those complaints to be addressed similarly? For instance, two staff members complain that their respective client is cursing at them and being offensive with no provocation.

14) Are managers/ directors required to investigate the accuracy of a complaint, thus request proof confirming complaints and proof disputing complaints before a worker is written up or reprimanded for a complaint?

15) When a staff member receives more than one write-up quarterly each year for 4 years, based on HRA's staff management regulations, that staff member is soon to be terminated, correct?

16) Are there frequent system updates (WMS, POS, Moniq, NYC Way etc) quarterly that may change the way an action is processed by staff members in that system?

17) When IT Help desk connects to staff member's computer/ laptop remotely, are they able to see that computer's IP address if they wanted to see that information?

18) Before connecting to an employee's computer/ laptop IT help desk must ask the employee for certain computer/ laptop system information to identify the computer and access it remotely?

19) Once IT helpdesk obtains information needed to access an employee's computer/ laptop remotely, there's no system barriers stopping them from accessing the computer/ laptop remotely anytime thereafter without the staff member's assistance?

20) The only way staff learn how to process actions is 3 ways; at training centers (such as Clermont Ave and other training locations) when hired. This training is general information and hands on training. However, only a small fraction of procedures learned at training centers, is actually the process staff use at the center we work out of, correct? (The instructional reading materials provided for classroom training are a reference guide for all staff).

21) Staff also receive training when managers at our center sit with us individually or assign another staff member to train us individually, correct?

22) The 3rd way staff receive training is from monthly in center grouped classroom training at the staff member's job site, from an instructor. However similar to training Centers, the information and processing instructions are general, and only a small fraction of that information is how staff actually process actions during work? (The instructional reading materials provided for classroom training are a reference guide for all staff).

23) Is it possible for staff to receive classroom or individual training on processing procedures, then weeks later a system update changes that process, but system update changes may not be addressed during classroom or individual training until weeks or even months after that system update went into effect?

24) As of 2020 and forward, are job opportunity specialists able to perform all our job responsibilities working remotely from home, except scanning documents, which is easily completed by another worker in office who scans documents for staff members regardless of whether the staff is in center or remote?

23-CV-09113-ER    1

## **HORTON Interrogatories**

1)  What is Diane Perez professional title at Rider job center and Center 80 from 2021 – 2023?

2) Where was Diane Perez office located from 2021 – 2023?

3) What is Adrianna Liriano personal and professional relation to Diane Perez from 2021 - 2023?

4) Are managers/ directors at HRA required to address constant hostilities at work by first arranging a meeting that will include all parties involved, relocating a staff member to a different office if issues do not resolve and/ or terminating an employee if issues do not resolve?

5) Is it HRA policy for management/ directors to address every staff complaint and concern or do managers have the liberty to choose which staff complaints to address?

6) Is it HRA policy for management to address every client complaint or do managers have the liberty to choose which client complaints to address?

7) If staff complaints are similar in nature, is it HRA policy for those complaints to be addressed similarly? For instance, two staff members complain that their respective client is cursing at them and being offensive with no provocation.

8) Are managers/ directors required to investigate the accuracy of a complaint, thus request proof confirming complaints and proof disputing complaints before a worker is written up or reprimanded for a complaint?

9) Have you ever witnessed me being offensive to a client or staff unless I was defending myself against that client or staff who was first blatantly and constantly offensive to me?

10) As of 2020 and forward did you always see me smiling, upbeat and pleasant to everyone I had to communicate with, unless me and that person was in a verbal confrontation?

11) Have you witnessed me going out of my way numerous times to assist clients by remaining calm despite their hostility towards me, going out of my way to request assistance from managers or staff to provide clients with benefits and any assistance I can provide?

12) Have you witnessed me in friendly communications with clients far more often than you have witnessed me in confrontation with clients?

13) As of 2020 forward, did you observe that I very rarely ever had casual communications with staff or managers, and in other words, I kept to myself?

14) Are there frequent system updates (WMS, POS, Moniq, NYC Way etc) quarterly that may change the way an action is processed by staff members in that system?

15) Before connecting to an employee's computer/ laptop IT help desk must ask the employee for certain computer/ laptop system information to identify the computer and access it remotely?

16) The only way staff learn how to process actions is 3 ways; at training centers (such as Clermont Ave and other training locations) when hired. This training is general information and hands on training. However, only a small fraction of procedures learned at training centers, is actually the process staff use at the center we work out of, correct? (The instructional reading materials provided for classroom training are a reference guide for all staff).

17) Staff also receive training when managers at our center sit with us individually or assign another staff member to train us individually, correct?

18) The 3rd way staff receive training is from monthly in center grouped classroom training at the staff member's job site, from an instructor. However similar to training Centers, the information and processing instructions are general, and only a small fraction of that information is how staff actually process actions during work? (The instructional reading materials provided for classroom training are a reference guide for all staff).

19) Is it possible for staff to receive classroom or individual training on processing procedures, then weeks later a system update changes that process, but system update changes may not be addressed during classroom or individual training until weeks or even months after that system update went into effect?

20) As of 2020 and forward, are job opportunity specialists able to perform all our job responsibilities working remotely from home, except scanning documents, which is easily completed by another worker in office who scans documents for staff members regardless of whether the staff is in center or remote?

23-CV-09113-ER    1

## **RUFUS Interrogatories**

1) What is Diane Perez professional title at Rider job center and Center 80 from 2021 – 2023?

2) Where was Diane Perez office located from 2021 – 2023?

3) What is Adrianna Liriano personal and professional relation to Diane Perez from 2021 - 2023?

4) Is it possible for a manager at HRA to dislike an employee, choose to micromanage that employee in order to harass and cause oppression (i.e. conflicts) to that employee?

5) Is it appropriate or inappropriate for managers to reprimand employees publicly Infront of staff and/ or clients, including using mass emails to do so?

6) Are managers/ directors at HRA required to address constant hostilities at work by first arranging a meeting that will include all parties involved, relocating a staff member to a different office if issues do not resolve and/ or terminating an employee if issues do not resolve?

7) Are there any surveillance cameras hidden or not hidden on the 12th or 11th floors at Center 80 between 2022 and 2023?

8) When there are issues with air quality or building HVAC issues, are staff required to contact someone outside their office to address the issue or request their in-office manager to fix the issue?

9) If we agree it's the employer's/ HRA responsibility to ensure their staff are protected from any harm arising from that work environment, does it stand to reason that if an employee informs their manager of issues arising from the work environment, the manager would take some form of action to observe how an employee's ability to work and/ or how their health is impacted by said issues?

10) If a staff member constantly informs their manager of a health issue placing a strain on their ability to work, does HRA staff management regulations require the manager to take some form of action to modify the worker's responsibilities or request staff provide medical documentation in order for the job to accommodate the impact health is having on the job?

11) Is it HRA policy for management/ directors to address every staff complaint and concern or do managers have the liberty to choose which staff complaints to address?

12) Is it HRA policy for management to address every client complaint or do managers have the liberty to choose which client complaints to address?

13) If staff complaints are similar in nature, is it HRA policy for those complaints to be addressed similarly? For instance, two staff members complain that their respective client is cursing at them and being offensive with no provocation.

14) Are managers/ directors required to investigate the accuracy of a complaint, thus request proof confirming complaints and proof disputing complaints before a worker is written up or reprimanded for a complaint?

15) When a staff member receives more than one write-up quarterly each year for 4 years, based on HRA's staff management regulations, that staff member is soon to be terminated, correct?

16) Have you witnessed me going out of my way numerous times to assist clients by remaining calm despite their hostility towards me, going out of my way to request assistance from managers or staff to provide clients with benefits and any assistance I can provide?

17) Are there frequent system updates (WMS, POS, Moniq, NYC Way etc) quarterly that may change the way an action is processed by staff members in that system?

18) When IT Help desk connects to staff member's computer/ laptop remotely, are they able to see that computer's IP address if they wanted to see that information?

19) Before connecting to an employee's computer/ laptop IT help desk must ask the employee for certain computer/ laptop system information to identify the computer and access it remotely?

20) Once IT helpdesk obtains information needed to access an employee's computer/ laptop remotely, there's no system barriers stopping them from accessing the computer/ laptop remotely anytime thereafter without the staff member's assistance?

21) The only way staff learn how to process actions is 3 ways; at training centers (such as Clermont Ave and other training locations) when hired. This training is general information and hands on training. However, only a small fraction of procedures learned at training centers, is actually the process staff use at the center we work out of, correct? (The instructional reading materials provided for classroom training are a reference guide for all staff).

22) Staff also receive training when managers at our center sit with us individually or assign another staff member to train us individually, correct?

23) The 3rd way staff receive training is from monthly in center grouped classroom training at the staff member's job site, from an instructor. However similar to training Centers, the information and processing instructions are general, and only a small fraction of that information is how staff actually process actions during work? (The instructional reading materials provided for classroom training are a reference guide for all staff).

24) Is it possible for staff to receive classroom or individual training on processing procedures, then weeks later a system update changes that process, but system update changes may not be addressed during classroom or individual training until weeks or even months after that system update went into effect?

25) As of 2020 and forward, are job opportunity specialists able to perform all our job responsibilities working remotely from home, except scanning documents, which is easily completed by another worker in office who scans documents for staff members regardless of whether the staff is in center or remote?

## ST PAUL Interrogatories

1) When there are issues with air quality or building HVAC issues, are staff required to contact someone outside their office to address the issue or request their in-office manager to fix the issue?

2) If we agree it's the employer's/ HRA responsibility to ensure their staff are protected from any harm arising from that work environment, does it stand to reason that if an employee informs their manager of issues arising from the work environment, the manager would take some form of action to observe how an employee's ability to work and/ or how their health is impacted by said issues?

3) Is it HRA policy for management/ directors to address every staff complaint and concern or do managers have the liberty to choose which staff complaints to address?

4) Is it HRA policy for management to address every client complaint or do managers have the liberty to choose which client complaints to address?

5) If staff complaints are similar in nature, is it HRA policy for those complaints to be addressed similarly? For instance, two staff members complain that their respective client is cursing at them and being offensive with no provocation.

6) Are managers/ directors required to investigate the accuracy of a complaint, thus request proof confirming complaints and proof disputing complaints before a worker is written up or reprimanded for a complaint?

7) Do HRA staff management regulations require managers to maintain and restore peace and safety when they see or hear staff behaving hostile or verbally disrespecting one another with profanities?

8) Do HRA staff management regulations require managers to maintain and restore peace and safety when they see or hear clients behaving hostile or verbally disrespecting staff members with profanities and/or threats?

9) Have you ever witnessed me being offensive to a client or staff unless I was defending myself against that client or staff who was first blatantly and constantly offensive to me?

10) As of 2020 and forward did you always see me smiling, upbeat and pleasant to everyone I had to communicate with, unless me and that person was in a verbal confrontation?

11) Have you witnessed me going out of my way numerous times to assist clients by remaining calm despite their hostility towards me, going out of my way to request assistance from managers or staff to provide clients with benefits and any assistance I can provide?

12) Have you witnessed me in friendly communications with clients far more often than you have witnessed me in confrontation with clients?

13) As of 2020 forward, did you observe that I very rarely ever had casual communications with staff or managers, and in other words, I kept to myself?

14) St Paul, Did I inform you several times that I constantly feel bloated, its causing me to go to the restroom often, it's all impacting my work and therefore, I requested you split my daily work in CSIC between CSIC and back-office processing work?

15) St Paul, do you recall 12/28/2018 when a client was very confrontational towards me and created a large outburst because her rent was not being paid, and Lightner came into CSIC, reprimanded me in front of everyone for this confrontation, then Mota called me into her office along with you and Lightner?

16) St Paul, is it true that from the time I started worker under your management in roughly 2018, you and I had many conversations that often turned into tense debates? For instance, circa 2019 a client you were servicing in CSIC had twins and I believe she was having another set of

23-CV-09113-ER    3

twins. I asked the client if the children's father is Latin because especially Dominicans tend to have twins often. You interjected by insisting Africans have twins more often than any ethnicity?

17) St Paul, do you recall that you and I rarely spoke after roughly 6 months of me working under your management in CSIC and we gradually started speaking again because I would only engage general conversation that could not become a debate? For instance, we only started interacting a little after staff returned to working in office on a limited basis during Covid and I only spoke to you about general aspects of previous night sports games?

18) St Paul, do you personally know someone named DJ MK?

19) St Paul, do you personally know someone named DJ Mary Mac?

20) Are there frequent system updates (WMS, POS, Moniq, NYC Way etc) quarterly that may change the way an action is processed by staff members in that system?

21) The only way staff learn how to process actions is 3 ways; at training centers (such as Clermont Ave and other training locations) when hired. This training is general information and hands on training. However, only a small fraction of procedures learned at training centers, is actually the process staff use at the center we work out of, correct? (The instructional reading materials provided for classroom training are a reference guide for all staff).

22) Staff also receive training when managers at our center sit with us individually or assign another staff member to train us individually, correct?

23) The 3rd way staff receive training is from monthly in center grouped classroom training at the staff member's job site, from an instructor. However similar to training Centers, the information and processing instructions are general, and only a small fraction of that information is how staff actually process actions during work? (The instructional reading materials provided for classroom training are a reference guide for all staff).

24) Is it possible for staff to receive classroom or individual training on processing procedures, then weeks later a system update changes that process, but system update changes may not be addressed during classroom or individual training until weeks or even months after that system update went into effect?

25) As of 2020 and forward, are job opportunity specialists able to perform all our job responsibilities working remotely from home, except scanning documents, which is easily completed by another worker in office who scans documents for staff members regardless of whether the staff is in center or remote?

23-CV-09113-ER    1

## <u>GRAHAM Interrogatories</u>

1) What is Diane Perez professional title at Rider job center and Center 80 from 2021 – 2023?

2) Where was Diane Perez office located from 2021 – 2023?

3) What is Adrianna Liriano personal and professional relation to Diane Perez from 2021 - 2023?

4) Is it possible for a manager at HRA to dislike an employee, choose to micromanage that employee in order to harass and cause oppression (i.e. conflicts) to that employee?

5) Is it appropriate or inappropriate for managers to reprimand employees publicly Infront of staff and/ or clients, including using mass emails to do so?

6) Are managers/ directors at HRA required to address constant hostilities at work by first arranging a meeting that will include all parties involved, relocating a staff member to a different office if issues do not resolve and/ or terminating an employee if issues do not resolve?

7) When there are issues with air quality or building HVAC issues, are staff required to contact someone outside their office to address the issue or request their in-office manager to fix the issue?

8) If we agree it's the employer's/ HRA responsibility to ensure their staff are protected from any harm arising from that work environment, does it stand to reason that if an employee informs their manager of issues arising from the work environment, the manager would take some form of action to observe how an employee's ability to work and/ or how their health is impacted by said issues?

9) If a staff member constantly informs their manager of a health issue placing a strain on their ability to work, does HRA staff management regulations require the manager to take some form of action to modify the worker's responsibilities or request staff provide medical documentation in order for the job to accommodate the impact health is having on the job?

10) Is it HRA policy for management/ directors to address every staff complaint and concern or do managers have the liberty to choose which staff complaints to address?

11) If staff complaints are similar in nature, is it HRA policy for those complaints to be addressed similarly? For instance, two staff members complain that their respective client is cursing at them and being offensive with no provocation.

12) Are managers/ directors required to investigate the accuracy of a complaint, thus request proof confirming complaints and proof disputing complaints before a worker is written up or reprimanded for a complaint?

13) When a staff member receives more than one write-up quarterly each year for 4 years, based on HRA's staff management regulations, that staff member is soon to be terminated, correct?

14) Do HRA staff management regulations require managers to maintain and restore peace and safety when they see or hear staff behaving hostile or verbally disrespecting one another with profanities?

15) Do HRA staff management regulations require managers to maintain and restore peace and safety when they see or hear clients behaving hostile or verbally disrespecting staff members with profanities and/or threats?

16) As of 2020 and forward, are job opportunity specialists able to perform all our job responsibilities working remotely from home, except scanning documents, which is easily completed by another worker in office who scans documents for staff members regardless of whether the staff is in center or remote?

23-CV-09113-ER    1

## <u>JOHNSON Interrogatories</u>

1) What is Diane Perez professional title at Rider job center and Center 80 from 2021 – 2023?

2) What is Adrianna Liriano personal and professional relation to Diane Perez from 2021 - 2023?

3) Is it possible for a manager at HRA to dislike an employee, choose to micromanage that employee in order to harass and cause oppression (i.e. conflicts) to that employee?

4) Are managers/ directors at HRA required to address constant hostilities at work by first arranging a meeting that will include all parties involved, relocating a staff member to a different office if issues do not resolve and/ or terminating an employee if issues do not resolve?

5) If we agree it's the employer's/ HRA responsibility to ensure their staff are protected from any harm arising from that work environment, does it stand to reason that if an employee informs their manager of issues arising from the work environment, the manager would take some form of action to observe how an employee's ability to work and/ or how their health is impacted by said issues?

6) Is it HRA policy for management/ directors to address every staff complaint and concern or do managers have the liberty to choose which staff complaints to address?

7) Is it HRA policy for management to address every client complaint or do managers have the liberty to choose which client complaints to address?

8) If staff complaints are similar in nature, is it HRA policy for those complaints to be addressed similarly? For instance, two staff members complain that their respective client is cursing at them and being offensive with no provocation.

9) Are managers/ directors required to investigate the accuracy of a complaint, thus request proof confirming complaints and proof disputing complaints before a worker is written up or reprimanded for a complaint?

10) When a staff member receives more than one write-up quarterly each year for 4 years, based on HRA's staff management regulations, that staff member is soon to be terminated, correct?

11) Do HRA staff management regulations require managers to maintain and restore peace and safety when they see or hear staff behaving hostile or verbally disrespecting one another with profanities?

12) Do HRA staff management regulations require managers to maintain and restore peace and safety when they see or hear clients behaving hostile or verbally disrespecting staff members with profanities and/or threats?

13) Have you ever witnessed me being offensive to a client or staff unless I was defending myself against that client or staff who was first blatantly and constantly offensive to me?

14) As of 2020 and forward did you always see me smiling, upbeat and pleasant to everyone I had to communicate with, unless me and that person was in a verbal confrontation?

15) Have you witnessed me going out of my way numerous times to assist clients by remaining calm despite their hostility towards me, going out of my way to request assistance from managers or staff to provide clients with benefits and any assistance I can provide?

16) Have you witnessed me in friendly communications with clients far more often than you have witnessed me in confrontation with clients?

17) As of 2020 forward, did you observe that I very rarely ever had casual communications with staff or managers, and in other words, I kept to myself?

18) Johnson, do you recall when my manager Oladokun left Rider in early 2020, you were assigned as my manager and roughly 2 - 3 times I asked you a question regarding processing

transactions because some procedures recently changed and you were giving me incomplete instructions. This last time, I went back to clarify an incomplete answer you provided, you advised me to speak to Carter, and thereafter Carter became my manager?

19) Are there frequent system updates (WMS, POS, Moniq, NYC Way etc) quarterly that may change the way an action is processed by staff members in that system?

20) The only way staff learn how to process actions is 3 ways; at training centers (such as Clermont Ave and other training locations) when hired. This training is general information and hands on training. However, only a small fraction of procedures learned at training centers, is actually the process staff use at the center we work out of, correct? (The instructional reading materials provided for classroom training are a reference guide for all staff).

21) Staff also receive training when managers at our center sit with us individually or assign another staff member to train us individually, correct?

22) The 3rd way staff receive training is from monthly in center grouped classroom training at the staff member's job site, from an instructor. However similar to training Centers, the information and processing instructions are general, and only a small fraction of that information is how staff actually process actions during work? (The instructional reading materials provided for classroom training are a reference guide for all staff).

23) Is it possible for staff to receive classroom or individual training on processing procedures, then weeks later a system update changes that process, but system update changes may not be addressed during classroom or individual training until weeks or even months after that system update went into effect?

24) As of 2020 and forward, are job opportunity specialists able to perform all our job responsibilities working remotely from home, except scanning documents, which is easily completed by another worker in office who scans documents for staff members regardless of whether the staff is in center or remote?

23-CV-09113-ER    1

## BONET Interrogatories

1) What is Diane Perez professional title at Rider job center and Center 80 from 2021 – 2023?

2) Where was Diane Perez office located from 2021 – 2023?

3) What is Adrianna Liriano personal and professional relation to Diane Perez from 2021 - 2023?

4) Is it possible for a manager at HRA to dislike an employee, choose to micromanage that employee in order to harass and cause oppression (i.e. conflicts) to that employee?

5) Is it appropriate or inappropriate for managers to reprimand employees publicly Infront of staff and/ or clients, including using mass emails to do so?

6) Are managers/ directors at HRA required to address constant hostilities at work by first arranging a meeting that will include all parties involved, relocating a staff member to a different office if issues do not resolve and/ or terminating an employee if issues do not resolve?

7) Are there any surveillance cameras hidden or not hidden on the 1st, 2nd, 3rd or 4th floors at Rider Job Center between 2021 and 2022?

8) When there are issues with air quality or building HVAC issues, are staff required to contact someone outside their office to address the issue or request their in-office manager to fix the issue?

9) If we agree it's the employer's/ HRA responsibility to ensure their staff are protected from any harm arising from that work environment, does it stand to reason that if an employee informs their manager of issues arising from the work environment, the manager would take some form of action to observe how an employee's ability to work and/ or how their health is impacted by said issues?

10) If a staff member constantly informs their manager of a health issue placing a strain on their ability to work, does HRA staff management regulations require the manager to take some form of action to modify the worker's responsibilities or request staff provide medical documentation in order for the job to accommodate the impact health is having on the job?

11) Is it HRA policy for management/ directors to address every staff complaint and concern or do managers have the liberty to choose which staff complaints to address?

12) Is it HRA policy for management to address every client complaint or do managers have the liberty to choose which client complaints to address?

13) If staff complaints are similar in nature, is it HRA policy for those complaints to be addressed similarly? For instance, two staff members complain that their respective client is cursing at them and being offensive with no provocation.

14) Are managers/ directors required to investigate the accuracy of a complaint, thus request proof confirming complaints and proof disputing complaints before a worker is written up or reprimanded for a complaint?

15) When a staff member receives more than one write-up quarterly each year for 4 years, based on HRA's staff management regulations, that staff member is soon to be terminated, correct?

16) Are there frequent system updates (WMS, POS, Moniq, NYC Way etc) quarterly that may change the way an action is processed by staff members in that system?

17) When IT Help desk connects to staff member's computer/ laptop remotely, are they able to see that computer's IP address if they wanted to see that information?

18) Before connecting to an employee's computer/ laptop IT help desk must ask the employee for certain computer/ laptop system information to identify the computer and access it remotely?

19) Once IT helpdesk obtains information needed to access an employee's computer/ laptop remotely, there's no system barriers stopping them from accessing the computer/ laptop remotely anytime thereafter without the staff member's assistance?

20) The only way staff learn how to process actions is 3 ways; at training centers (such as Clermont Ave and other training locations) when hired. This training is general information and hands on training. However, only a small fraction of procedures learned at training centers, is actually the process staff use at the center we work out of, correct? (The instructional reading materials provided for classroom training are a reference guide for all staff).

21) Staff also receive training when managers at our center sit with us individually or assign another staff member to train us individually, correct?

22) The 3rd way staff receive training is from monthly in center grouped classroom training at the staff member's job site, from an instructor. However similar to training Centers, the information and processing instructions are general, and only a small fraction of that information is how staff actually process actions during work? (The instructional reading materials provided for classroom training are a reference guide for all staff).

23) Is it possible for staff to receive classroom or individual training on processing procedures, then weeks later a system update changes that process, but system update changes may not be addressed during classroom or individual training until weeks or even months after that system update went into effect?

24) As of 2020 and forward, are job opportunity specialists able to perform all our job responsibilities working remotely from home, except scanning documents, which is easily completed by another worker in office who scans documents for staff members regardless of whether the staff is in center or remote?

## HINES Interrogatories

1) Is it possible for a manager at HRA to dislike an employee, choose to micromanage that employee in order to harass and cause oppression (i.e. conflicts) to that employee?

2) Have you ever witnessed me being offensive to a client or staff unless I was defending myself against that client or staff who was first blatantly and constantly offensive to me?

3) As of 2020 and forward did you always see me smiling, upbeat and pleasant to everyone I had to communicate with, unless me and that person was in a verbal confrontation?

4) Have you witnessed me going out of my way numerous times to assist clients by remaining calm despite their hostility towards me, going out of my way to request assistance from managers or staff to provide clients with benefits and any assistance I can provide?

5) Have you witnessed me in friendly communications with clients far more often than you have witnessed me in confrontation with clients?

6) As of 2020 forward, did you observe that I very rarely ever had casual communications with staff or managers, and in other words, I kept to myself?

7) Hines, do you recall roughly June 2020 during staff rotation schedule due to Covid, me, you, Trotman and Janette Rodriguez were at 2nd floor CSIC. I was having difficulty reading a document in my computer, and you randomly asked me out loud, "are you dyslexic"?

8) Hines, did you stop speaking to me circa June 2020 during Covid staff rotation schedule because from the inception of my employment at Rider, especially as my trainer, you were exerting forms of control and authority over me, but after your Dyslexia comment to me, I became resistant towards you?

9) Hines, from the inception of my employment at Rider and throughout the years did you make statements to me that light skinned people have an expectation of light skin privilege?

10) Hines, did you and St Paul often have public conversations in CSIC that involved race, ethnicity, black affirmations and politics?

11) Are there frequent system updates (WMS, POS, Moniq, NYC Way etc) quarterly that may change the way an action is processed by staff members in that system?

12) Before connecting to an employee's computer/ laptop IT help desk must ask the employee for certain computer/ laptop system information to identify the computer and access it remotely?

13) The only way staff learn how to process actions is 3 ways; at training centers (such as Clermont Ave and other training locations) when hired. This training is general information and hands on training. However, only a small fraction of procedures learned at training centers, is actually the process staff use at the center we work out of, correct? (The instructional reading materials provided for classroom training are a reference guide for all staff).

14) Staff also receive training when managers at our center sit with us individually or assign another staff member to train us individually, correct?

15) The 3rd way staff receive training is from monthly in center grouped classroom training at the staff member's job site, from an instructor. However similar to training Centers, the information and processing instructions are general, and only a small fraction of that information is how staff actually process actions during work? (The instructional reading materials provided for classroom training are a reference guide for all staff).

16) Is it possible for staff to receive classroom or individual training on processing procedures, then weeks later a system update changes that process, but system update changes may not be addressed during classroom or individual training until weeks or even months after that system update went into effect?

17) As of 2020 and forward, are job opportunity specialists able to perform all our job responsibilities working remotely from home, except scanning documents, which is easily

completed by another worker in office who scans documents for staff members regardless of whether the staff is in center or remote?

## **CONCEPCION Interrogatories**

1) What is Diane Perez professional title at Rider job center and Center 80 from 2021 – 2023?

2) Where was Diane Perez office located from 2021 – 2023?

3) What is Adrianna Liriano personal and professional relation to Diane Perez from 2021 - 2023?

4) Is it possible for a manager at HRA to dislike an employee, choose to micromanage that employee in order to harass and cause oppression (i.e. conflicts) to that employee?

5) Is it appropriate or inappropriate for managers to reprimand employees publicly Infront of staff and/ or clients, including using mass emails to do so?

6) Are managers/ directors at HRA required to address constant hostilities at work by first arranging a meeting that will include all parties involved, relocating a staff member to a different office if issues do not resolve and/ or terminating an employee if issues do not resolve?

7) Are there any surveillance cameras hidden or not hidden on the 1st, 2nd, 3rd or 4th floors at Rider Job Center between 2021 and 2022?

8) Are there any surveillance cameras hidden or not hidden on the 12th or 11th floors at Center 80 between 2022 and 2023?

9) When there are issues with air quality or building HVAC issues, are staff required to contact someone outside their office to address the issue or request their in-office manager to fix the issue?

10) If we agree it's the employer's/ HRA responsibility to ensure their staff are protected from any harm arising from that work environment, does it stand to reason that if an employee informs

their manager of issues arising from the work environment, the manager would take some form of action to observe how an employee's ability to work and/ or how their health is impacted by said issues?

11) If a staff member constantly informs their manager of a health issue placing a strain on their ability to work, does HRA staff management regulations require the manager to take some form of action to modify the worker's responsibilities or request staff provide medical documentation in order for the job to accommodate the impact health is having on the job?

12) Is it HRA policy for management/ directors to address every staff complaint and concern or do managers have the liberty to choose which staff complaints to address?

13) Is it HRA policy for management to address every client complaint or do managers have the liberty to choose which client complaints to address?

14) If staff complaints are similar in nature, is it HRA policy for those complaints to be addressed similarly? For instance, two staff members complain that their respective client is cursing at them and being offensive with no provocation.

15) Are managers/ directors required to investigate the accuracy of a complaint, thus request proof confirming complaints and proof disputing complaints before a worker is written up or reprimanded for a complaint?

16) When a staff member receives more than one write-up quarterly each year for 4 years, based on HRA's staff management regulations, that staff member is soon to be terminated, correct?

17) Do HRA staff management regulations require managers to maintain and restore peace and safety when they see or hear staff behaving hostile or verbally disrespecting one another with profanities?

18) Do HRA staff management regulations require managers to maintain and restore peace and safety when they see or hear clients behaving hostile or verbally disrespecting staff members with profanities and/or threats?

19) As of 2020 and forward, are job opportunity specialists able to perform all our job responsibilities working remotely from home, except scanning documents, which is easily completed by another worker in office who scans documents for staff members regardless of whether the staff is in center or remote?

## WALKER Interrogatories

1) What is Diane Perez professional title at Rider job center and Center 80 from 2021 – 2023?

2) Where was Diane Perez office located from 2021 – 2023?

3) What is Adrianna Liriano personal and professional relation to Diane Perez from 2021 - 2023?

4) Are managers/ directors at HRA required to address constant hostilities at work by first arranging a meeting that will include all parties involved, relocating a staff member to a different office if issues do not resolve and/ or terminating an employee if issues do not resolve?

5) When there are issues with air quality or building HVAC issues, are staff required to contact someone outside their office to address the issue or request their in-office manager to fix the issue?

6) If we agree it's the employer's/ HRA responsibility to ensure their staff are protected from any harm arising from that work environment, does it stand to reason that if an employee informs their manager of issues arising from the work environment, the manager would take some form of action to observe how an employee's ability to work and/ or how their health is impacted by said issues?

7) Is it HRA policy for management/ directors to address every staff complaint and concern or do managers have the liberty to choose which staff complaints to address?

8) Is it HRA policy for management to address every client complaint or do managers have the liberty to choose which client complaints to address?

9) If staff complaints are similar in nature, is it HRA policy for those complaints to be addressed similarly? For instance, two staff members complain that their respective client is cursing at them and being offensive with no provocation.

10) Are managers/ directors required to investigate the accuracy of a complaint, thus request proof confirming complaints and proof disputing complaints before a worker is written up or reprimanded for a complaint?

11) When a staff member receives more than one write-up quarterly each year for 4 years, based on HRA's staff management regulations, that staff member is soon to be terminated, correct?

12) Do HRA staff management regulations require managers to maintain and restore peace and safety when they see or hear staff behaving hostile or verbally disrespecting one another with profanities?

13) Do HRA staff management regulations require managers to maintain and restore peace and safety when they see or hear clients behaving hostile or verbally disrespecting staff members with profanities and/or threats?

14) Have you ever witnessed me being offensive to a client or staff unless I was defending myself against that client or staff who was first blatantly and constantly offensive to me?

15) As of 2020 and forward did you always see me smiling, upbeat and pleasant to everyone I had to communicate with, unless me and that person was in a verbal confrontation?

16) Have you witnessed me going out of my way numerous times to assist clients by remaining calm despite their hostility towards me, going out of my way to request assistance from managers or staff to provide clients with benefits and any assistance I can provide?

17) Have you witnessed me in friendly communications with clients far more often than you have witnessed me in confrontation with clients?

18) As of 2020 forward, did you observe that I very rarely ever had casual communications with staff or managers, and in other words, I kept to myself?

19) Are there frequent system updates (WMS, POS, Moniq, NYC Way etc) quarterly that may change the way an action is processed by staff members in that system?

20) Before connecting to an employee's computer/ laptop IT help desk must ask the employee for certain computer/ laptop system information to identify the computer and access it remotely?

21) The only way staff learn how to process actions is 3 ways; at training centers (such as Clermont Ave and other training locations) when hired. This training is general information and hands on training. However, only a small fraction of procedures learned at training centers, is actually the process staff use at the center we work out of, correct? (The instructional reading materials provided for classroom training are a reference guide for all staff).

22) Staff also receive training when managers at our center sit with us individually or assign another staff member to train us individually, correct?

23) The 3rd way staff receive training is from monthly in center grouped classroom training at the staff member's job site, from an instructor. However similar to training Centers, the information and processing instructions are general, and only a small fraction of that information is how staff actually process actions during work? (The instructional reading materials provided for classroom training are a reference guide for all staff).

24) Is it possible for staff to receive classroom or individual training on processing procedures, then weeks later a system update changes that process, but system update changes may not be addressed during classroom or individual training until weeks or even months after that system update went into effect?

25) As of 2020 and forward, are job opportunity specialists able to perform all our job responsibilities working remotely from home, except scanning documents, which is easily completed by another worker in office who scans documents for staff members regardless of whether the staff is in center or remote?

## **BOUKARI Interrogatories**

1) Are managers/ directors at HRA required to address constant hostilities at work by first arranging a meeting that will include all parties involved, relocating a staff member to a different office if issues do not resolve and/ or terminating an employee if issues do not resolve?

2) When there are issues with air quality or building HVAC issues, are staff required to contact someone outside their office to address the issue or request their in-office manager to fix the issue?

3) If we agree it's the employer's/ HRA responsibility to ensure their staff are protected from any harm arising from that work environment, does it stand to reason that if an employee informs their manager of issues arising from the work environment, the manager would take some form of action to observe how an employee's ability to work and/ or how their health is impacted by said issues?

4) Is it HRA policy for management/ directors to address every staff complaint and concern or do managers have the liberty to choose which staff complaints to address?

5) Is it HRA policy for management to address every client complaint or do managers have the liberty to choose which client complaints to address?

6) If staff complaints are similar in nature, is it HRA policy for those complaints to be addressed similarly? For instance, two staff members complain that their respective client is cursing at them and being offensive with no provocation.

7) Are managers/ directors required to investigate the accuracy of a complaint, thus request proof confirming complaints and proof disputing complaints before a worker is written up or reprimanded for a complaint?

8) When a staff member receives more than one write-up quarterly each year for 4 years, based on HRA's staff management regulations, that staff member is soon to be terminated, correct?

9) Do HRA staff management regulations require managers to maintain and restore peace and safety when they see or hear staff behaving hostile or verbally disrespecting one another with profanities?

10) Do HRA staff management regulations require managers to maintain and restore peace and safety when they see or hear clients behaving hostile or verbally disrespecting staff members with profanities and/or threats?

11) Have you witnessed me going out of my way numerous times to assist clients by remaining calm despite their hostility towards me, going out of my way to request assistance from managers or staff to provide clients with benefits and any assistance I can provide?

12) As of 2020 forward, did you observe that I very rarely ever had casual communications with staff or managers, and in other words, I kept to myself?

13) Are there frequent system updates (WMS, POS, Moniq, NYC Way etc) quarterly that may change the way an action is processed by staff members in that system?

14) Before connecting to an employee's computer/ laptop IT help desk must ask the employee for certain computer/ laptop system information to identify the computer and access it remotely?

15) The only way staff learn how to process actions is 3 ways; at training centers (such as Clermont Ave and other training locations) when hired. This training is general information and hands on training. However, only a small fraction of procedures learned at training centers, is actually the process staff use at the center we work out of, correct? (The instructional reading materials provided for classroom training are a reference guide for all staff).

16) Staff also receive training when managers at our center sit with us individually or assign another staff member to train us individually, correct?

17) The 3rd way staff receive training is from monthly in center grouped classroom training at the staff member's job site, from an instructor. However similar to training Centers, the information

and processing instructions are general, and only a small fraction of that information is how staff actually process actions during work? (The instructional reading materials provided for classroom training are a reference guide for all staff).

18) Is it possible for staff to receive classroom or individual training on processing procedures, then weeks later a system update changes that process, but system update changes may not be addressed during classroom or individual training until weeks or even months after that system update went into effect?

19) As of 2020 and forward, are job opportunity specialists able to perform all our job responsibilities working remotely from home, except scanning documents, which is easily completed by another worker in office who scans documents for staff members regardless of whether the staff is in center or remote?