**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2026 MAY 21  AM 11: 02

DESHANAE BROWN

Write the full name of each plaintiff or petitioner.

Case No. 23 cv 09113 (ER)

-against-

HUMAN RESOURCES ADMIN
AND CO-defendants

NOTICE OF MOTION

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that Plaintiff DESHANAE BROWN
_____
plaintiff or defendant    name of party who is making the motion

requests that the Court:

Process my Request for Joinder of Additional parties.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☐ my own declaration, affirmation, or affidavit

☑ the following additional documents:

23cv9113

Please See 1 page ATTACHED

Dated 5/21/26

Signature

Name DESHANAE BROWN

Address 351 Broad str.

Prison Identification # (if incarcerated)

City Newark  State NJ  Zip Code 07104

Telephone Number (if available)

E-mail Address (if available) POSHSTACKBUNDLES@gmail

SDNY Rev: 5/24/2016

23-CV-09113-ER

## Joinder of Additional Parties

It is my understanding that individuals listed as defendants in my original lawsuit were removed as defendants so that only Human Resources Administration is the defendant in this lawsuit. However, it's my understanding that all five individuals ( Frank Agbi, Asra Horton, Candi Rufus, Moustapha Boukari and Laurie Moore ) originally listed as defendants, are now co-defendants. Therefore, I will not add the above names to this list of co-defendants to be joined in this case.

I am requesting to join the following 10 people as co-defendants:

Kesha Graham (Local 371 Union Employee),

Rita Concepcion (HRA),

Aurea Bonet (Rider),

Jody St Paul (Rider),

Herman Hines (Rider),

Tonita Walker (Rider),

Tina Johnson (Rider),

Doctor Ferdinand Chan (Montefiore/ Workers Comp),

Doctor Imran Ashraf (Workers Comp),

Doctor Doughlas Schottenstein (Workers Comp)

Defendant is directed to respond to the request by June 2, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: May 26, 2026
New York, New York