**MEMO ENDORSED**
Endorsement on the next page.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2026 MAY 21   AM 11: 02

DESHANAE BROWN

Write the full name of each plaintiff or petitioner.

-against-

HUMAN RESOURCES Admin
AND   CO- Defendants

Write the full name of each defendant or respondent.

Case No. 23 cv 09113 (ER)

NOTICE OF MOTION

PLEASE TAKE NOTICE that   Plaintiff   DESHANAE Brown
                                    plaintiff or defendant   name of party who is making the motion

requests that the Court:

Process my Request for Production of Documents. Please see 1 page Attached.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☐ my own declaration, affirmation, or affidavit

☑ the following additional documents: ☐

23cv9113

5/21/26
Dated

DESHANAE BROWN
Name

351 BROAD Str.
Address

Signature

Prison Identification # (if incarcerated)

NEWARK   NJ   07104
City         State       Zip Code

Telephone Number (if available)

POSHSTACK BunDles @ gmail.
E-mail Address (if available)

23-CV-09113-ER

## **Request for Production of Documents**

1) I am requesting all evidence the defendants intend to use to dispute my claims, including physical and non-physical evidence.

2) I am requesting a list of all name and professional titles of witnesses HRA intends to use in this lawsuit, including expert and non-expert names.

3) On 6/8/2022 there was a meeting between me, Ivy Simpson, Frank Agbi, Dinorah Rodriguez and security guards for Rider job center. The security guards stated that a few weeks earlier, Ivy Simpson and Jody St Paul filed a complaint with the police department about me. I am requesting a copy of that police report.

4) From Rider Job center, I am requesting a list of the names of managers (managers includes directors) who were managing me each time I worked in CSIC between 2021 –2022, and their professional title. Its important to please sort this list by manager name.

5) From Rider job center covering period 2021 – 2022 and Center 80 covering period 2022 – 2023. I am requesting a list sorted by date, of each time I emailed or verbally expressed concern about tensions I was experiencing from staff, managers, clients, HVAC/ Air quality and/or Computer Issues. Please include a few words describing what the issue was for each date.

6) From Rider job center covering period 2021 – 2022 and Center 80 covering period 2022 – 2023, I am requesting a list sorted by date of each time management received complaints about me from staff, managers or clients. Please include a few words describing what the issue was for each date.

I am requesting all documents and information requested be submitted within 30 days from the date this request is submitted to the court.

Brown's request for production of documents is denied.  Requests for production of documents shall be served directly on the party or non-party from whom the documents are requested.  Please refer to the *Discovery Guide for Pro Se Litigants* for the relevant rules. https://nysd.uscourts.gov/sites/default/files/2018-06/discoveryguide.pdf.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: May 26, 2026
New York, New York