UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESHANAE L. BROWN,

                    Plaintiff,

          -against-

NEW YORK CITY HUMAN RESOURCES
ADMINISTRATION,

                    Defendant.

**ORDER**

23-cv-09113 (ER)

On June 3, 2026, Brown filed two letters. Docs. 96, 97. In the first letter, she requests that the Court deny the City's motion for extension of time to respond to her motion to amend and motion to join. Doc. 96. This request is denied as moot because the Court has granted the extension. Doc. 95. In the same letter, she also requests that the Court advise the City to confirm receipt of her emails regarding discovery. Doc. 96. This request is denied. Parties should first make good faith effort to resolve discovery disputes without the Court's involvement.

In the other letter, Brown requests exemption of court fees, including costs of transcripts. Doc. 97. Moreover, she requests that the Court assist her with technical issues with her PACER account. *Id*. Both requests are denied. Brown has not sufficiently established the necessity of obtaining court transcripts, and resolution of technical issues with PACER is outside the scope of the Court's responsibility.

          SO ORDERED.

Dated:    June 9, 2026
          New York, New York

_____
          Edgardo Ramos, U.S.D.J.