UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESHANAE L. BROWN,

                Plaintiff,

       -against-

NEW YORK CITY HUMAN RESOURCES
ADMINISTRATION,

                Defendant.

**ORDER**

23-cv-09113 (ER)

On May 21, 2026, Brown requested leave to file a second amended complaint.  Doc. 85. The Court directed the City to respond to the request by June 30, 2026.  Doc. 95.  On June 10 and 12, 2026 respectively, Brown filed separate letters seeking to make various changes to the proposed second amended complaint submitted on May 21.  Docs. 99, 100.  The City is directed to respond to the June 10 and 12 requests by June 30, 2026.

Brown also requests that the Court delete her personal information, including but not limited to her address and phone number, from all public documents because of a "safety concern."  Doc. 99.  She does not elaborate on the concern.  *Id*.  To the extent that Brown is requesting removal of her information from PACER, this request is denied.  It is the standard practice of this district to list litigants' contact information on PACER.  Brown fails to establish sufficient cause to warrant a deviation from the standard practice.

SO ORDERED.

Dated:   June 15, 2026
         New York, New York

_____
        Edgardo Ramos, U.S.D.J.