UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESHANAE L. BROWN,

                    Plaintiff,

         -against-

NEW YORK CITY HUMAN RESOURCES
ADMINISTRATION,

                    Defendant.

**ORDER**

23-cv-09113 (ER)

On June 15, 2026, Deshanae L. Brown filed a letter, which among other things, seeks to "resubmit[] interrogatories to reflect" the Court's decision dismissing her claims against individual defendants in this action. Docs. 76, 101. It is unclear what she is requesting the Court to do by "resubmitting" the interrogatories. She previously filed a "request to serve interrogatories" on May 21, 2026. Doc. 86. But that request was denied to the extent that she was requesting the Court to serve the interrogatories. Doc. 90. The Court clarified that interrogatories shall be served directly between the parties. *Id*. Therefore, Brown is directed to file a letter by June 24, 2026 to clarify her request filed on June 15, 2026.

        SO ORDERED.

Dated:   June 16, 2026
         New York, New York

                                          Edgardo Ramos, U.S.D.J.