UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESHANAE L. BROWN,

                Plaintiff,

      -against-

NEW YORK CITY HUMAN RESOURCES
ADMINISTRATION,

            Defendant.

**ORDER**

23-cv-09113 (ER)

On June 29, 2026, Deshanae Brown filed a letter, alleging that the City failed to produce documents she requested and has been "hacking" her electronic devices. Doc. 110. She requests the Court to order the City to produce the documents and to impose sanctions. *Id*. The City is directed to respond to the request by July 7, 2026.

SO ORDERED.

Dated:   June 30, 2026
         New York, New York

_____
        Edgardo Ramos, U.S.D.J.