UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESHANAE L. BROWN,

Plaintiff,

-against-

NEW YORK CITY HUMAN RESOURCES ADMINISTRATION,

Defendant.

**ORDER**

23-cv-09113 (ER)

On June 29, 2026, Deshanae Brown filed a letter, alleging that the City failed to produce documents she requested and has been "hacking" her electronic devices. Doc. 110. She requests the Court to order the City to produce the documents and to impose sanctions. *Id*. The City responded to the letter on July 2, requesting the Court to deny the motion to compel as moot. Doc. 114. It informs that Court that the parties have resolved the discovery dispute. *Id*. Therefore, the motion to compel is denied as moot. Moreover, the motion for sanctions is denied for failure to provide an evidentiary basis.

SO ORDERED.

Dated: July 6, 2026
New York, New York

Edgardo Ramos, U.S.D.J.