UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESHANAE L. BROWN,

Plaintiff,

-against-

NEW YORK CITY HUMAN RESOURCES ADMINISTRATION,

Defendant.

**ORDER**

23-cv-09113 (ER)

On June 29, 2026, the City filed an opposition to Deshanae Brown's motion for reconsideration. Doc. 109. Brown is directed to file a reply to the opposition by July 23, 2026.

Moreover, on July 7, 2026, Brown requests to submit video evidence in support of her motion for sanctions via Dropbox. Doc. 116. The request is granted.

Brown also filed a letter in response to the City's opposition to her motion to amend the complaint on July 8, 2026. Doc. 118. Among other points raised in the letter, Brown requests to further amend her proposed second amended complaint based on the City's opposition. *Id*. The Court construes the letter as Brown's reply to the opposition and will determine whether to grant further leave to amend when it decides the original motion to amend.

SO ORDERED.

Dated: July 9, 2026
New York, New York

Edgardo Ramos, U.S.D.J.