UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Deshanae Brown

Write the full name of each plaintiff or petitioner.

**MEMO ENDORSED**
at page 2

Case No. 23 CV 09113-ER

-against-

Human Resources Admin
AND Co-Defendants

Write the full name of each defendant or respondent.

NOTICE OF MOTION

PLEASE TAKE NOTICE that Plaintiff (plaintiff or defendant) Deshanae Brown (name of party who is making the motion)

requests that the Court: Accept this 37 page List of Each Doctor's Appontment from the Date Disability Evaluations started in 7/2023 to the Date Last Right to Sue was Received, 3/31/25.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know. The Report is titled Exhibit 2.

In support of this motion, I submit the following documents (check all that apply):

- ☐ a memorandum of law
- ☐ my own declaration, affirmation, or affidavit
- ☑ the following additional documents: Brown v. NYC Human Resources Administration 23cv9113

I Request Exhibit 2 Be Included as part of and Attached to each Amended Complaint Along with Exhibit 1.

7/27/26
Dated

[signature]
Signature

DESHANAE BROWN
Name

Prison Identification # (if incarcerated)

351 Broad Str. Newark NJ 07104
Address City State Zip Code

Telephone Number (if available)

poshstackbundles @ gmail.
E-mail Address (if available)

Defendants are directed to respond to Plaintiff's request for leave to file an amended complaint by August 7, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: July 28, 2026
New York, New York