UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Deshanae Brown

Write the full name of each plaintiff or petitioner.

**MEMO ENDORSED**
at page 2

Case No. 23 CV 09113-ER

-against-

Human Resources Admin
and Co-Defendants

Write the full name of each defendant or respondent.

NOTICE OF MOTION

PLEASE TAKE NOTICE that Plaintiff (plaintiff or defendant) Deshanae Brown (name of party who is making the motion) requests that the Court:

Requesting judge enforce HRA 8/13/26 Discovery Due Date otherwise Stick with original ~~Exten~~ Extention of 7/30/26 Due Date.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☐ my own declaration, affirmation, or affidavit

☐ the following additional documents: See 6 pages of Email and Motion Request.

Brown v. NYC Human Resources Administration
23cv9113

7/31/26
Dated

[signature]
Signature

Deshanae Brown
Name

Prison Identification # (if incarcerated)

351 Broad Str Newark NJ 07104
Address City State Zip Code

Telephone Number (if available)

poshstreck candles@gmail.
E-mail Address (if available)

Defendants are directed to respond to Plaintiff's request by August 13, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: August 3, 2026
New York, New York