UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESHANAE L. BROWN,

Plaintiff,

-against-

NEW YORK CITY HUMAN RESOURCES ADMINISTRATION,

Defendant.

**ORDER**

23-cv-09113 (ER)

This Order addresses two issues raised by Deshanae Brown.

On May 21, 2026, Brown requested[1] leave to file a second amended complaint. Doc. 85. On June 18, 2026, Brown filed a letter seeking to make various changes to the proposed second amended complaint submitted on May 21. Doc. 104. On July 9, 2026, the Court issued an order stating that it would determine whether to grant further leave to amend when it decides the original motion to amend. Doc. 119. On July 27, 2026, Brown filed yet another letter requesting to add an exhibit to the proposed second amended complaint. Doc. 121. The City responded by letter opposing the request on August 7, 2026. Doc. 125. The Court will determine whether to grant the July 27 request to amend when it decides the original request to amend, Doc. 85, and the subsequent request to amend, Doc. 104.

On July 31, 2026, Brown filed a letter complaining that the City had failed to comply with discovery deadlines. Doc. 123. On August 3, 2026, the Court ordered the City to respond

[1] Document 85 was filed by Brown as a "notice of motion," and Documents 104, 121, 123, and 126 were filed by Brown as "motions," but all are styled as letters. Per Rule 2(A)(ii) of the Court's individual practices, before filing a motion, a moving party must request a pre-motion conference by submitting a letter, not to exceed three pages, setting forth the basis for the anticipated motion.

by August 13, 2026. Doc. 124. Brown filed an additional letter on August 14, 2026 related to the discovery deadlines, stating that the City responded to the interrogatories on August 13, 2026. However, Brown alleges that there remain unresolved discovery disputes. Doc. 126. The City is directed to respond to Brown's requests in Docs. 123 and 126 by letter by August 21, 2026.

SO ORDERED.

Dated: August 17, 2026
New York, New York

Edgardo Ramos, U.S.D.J.