UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Deshanae Brown

Write the full name of each plaintiff or petitioner.

**MEMO ENDORSED**
at page 2

Case No. 23 CV 09113-ER

-against-

Human Resources Admin
AND CO-Defendants

Write the full name of each defendant or respondent.

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Plaintiff (plaintiff or defendant) Deshanae Brown (name of party who is making the motion)

requests that the Court:

Judge Ramos Respond to Request plaintiff Sent Defendant ON 8/27/26 which plaintiff Ignored. Requesting Judge Respond to Dockets #128 Sent ON 8/21/26 AND Docket #126 Sent ON 8/14/26 which Judge Ramos ignored. I have attached

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☐ my own declaration, affirmation, or affidavit

☑ the following additional documents: Brown v. NYC Human Resources Administration 23cv9113 All related Documents AND Emails.

8/31/26
Dated

[signature]
Signature

Deshanae Brown
Name

Prison Identification # (if incarcerated)

351 Broad Street Newark NJ 07104
Address City State Zip Code

Telephone Number (if available)

poshstackbundles@gmail.
E-mail Address (if available)

Defendants are directed to respond to Plaintiff's request by September 4, 2026.

Edgardo Ramos, U.S.D.J.
Dated: September 1, 2026
New York, New York