UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESHANAE L. BROWN,

Plaintiff,

*-against-*

NEW YORK CITY HUMAN RESOURCES ADMINISTRATION, MOUSTAPHA BOUKARI, FRANK AGBI, ASRA HORTON, LAURIE MOORE, *and* CANDI RUFUS,

Defendants.

**ORDER**

23-CV-09113 (ER)

RAMOS, D.J.:

On July 31, 2026, Deshanae Brown filed a letter complaining that the City had failed to comply with discovery deadlines, including that the City did not sufficiently respond to interrogatories. Doc. 123.[1] The City responded to Brown's interrogatories on August 13, 2026. Doc. 126. Between August 14, 2026 and September 4, 2026, Brown filed numerous additional letters, stating that there remained unresolved discovery disputes, and asking that the City be sanctioned for discovery deficiencies. Docs. 126, 128, 130, 134. On August 21, 2026 and September 4, 2026, the City responded stating that Brown had not made a good faith effort to meet and confer, and that the City had sufficiently responded to Brown's discovery requests. Doc. 129.

The parties are directed to meet and confer regarding their discovery disputes and file a status letter regarding discovery by September 22, 2026.

[1] Document 123, as well as Documents 126, 128, 130, and 134, also discussed herein, were filed by Brown as "motions," but all are styled as letters. Per Rule 2(A)(ii) of the Court's individual practices, before filing a motion, a moving party must request a pre-motion conference by submitting a letter, not to exceed three pages, setting forth the basis for the anticipated motion.

It is SO ORDERED.

Dated: September 9, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.