UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESHANAE L. BROWN,

Plaintiff,

– against –

NEW YORK CITY HUMAN RESOURCES ADMINISTRATION,

Defendant.

**ORDER**

23 Civ. 9113 (ER)

Ramos, D.J.:

On July 31, 2026, Deshanae Brown filed a letter complaining that the City had failed to comply with discovery deadlines, including that the City did not sufficiently respond to interrogatories. Doc. 123. The City responded to Brown's interrogatories on August 13, 2026. Doc. 126. On August 14 and 31, 2026, Brown filed motions to compel, claiming that the City's objections and responses to her revised interrogatories were insufficient. Docs. 126, 130. The City responded by arguing that Brown's interrogatories failed to comply with Fed. R. Civ. P. 33 and Local Civil Rule 33.3 and that any claim that the City had not produced responsive documents was moot. Docs. 129, 134. On September 9, 2026, the Court directed the parties to meet and confer regarding their discovery disputes and file a status letter regarding discovery by September 22, 2026. Doc. 135.

Pursuant to that Order, the parties met and conferred on September 16, 2026, and on October 9, 2026, both parties submitted status reports informing the Court that the parties had failed to resolve their discovery disputes during the conference. Docs. 141, 142. On October 30, 2026, Brown filed an additional letter requesting an "urgent ruling" on the discovery disputes. Doc. 143.

Brown is advised that her motion to compel is under consideration and the Court will rule on the motion in due course.

It is SO ORDERED.

Dated: November 4, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.