UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESHANAE L. BROWN,

Plaintiff,

– against –

NEW YORK CITY HUMAN RESOURCES ADMINISTRATION,

Defendant.

**ORDER**

23 Civ. 9113 (ER)

Ramos, D.J.:

On November 16, 2026, Defendant New York City Human Resources Administration ("HRA") submitted a letter motion requesting the Court to issue a protective order relieving HRA from responding to Plaintiff's Requests for Admission dated August 28, 2026. Doc. 145. Plaintiff Deshanae L. Brown is directed to respond by November 24, 2026.

It is SO ORDERED.

Dated: November 17, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.